IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAR 0 5 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:19cr58TSL-LRA

PORTER BINGHAM

### ORDER GRANTING MOTION TO SEAL

For the reasons stated in the government's Motion to Seal, the Court grants the motion.

IT IS HEREBY ORDERED that the file and all documents filed herein including but not limited to the Indictment and Return be sealed, as well as the Motion and this Order to Seal.

IT IS FURTHER ORDERED that the U.S. Marshal Service and/or the United States Attorney's Office shall make copies of the indictment, warrant, and any related documents available to other federal, state, and local law enforcement agencies who request the same as needed to facilitate the arrest and detention of the defendant.

ORDERED this 5th day of March 2019.

_____
UNITED STATES MAGISTRATE JUDGE