PRAECIPE FOR WARRANT



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 0 5 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                       CRIMINAL NO.: 3:19CR58 TSL-LRA

PORTER BINGHAM
(Wherever Found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 5th day of March, 2019.

This the 5th day of March, 2019.

D. MICHAEL HURST, JR.
United States Attorney

By: _____
DAVID H. FULCHER
ASSISTANT UNITED STATES ATTORNEY
MSB # 10179

Warrant issued:_____

(DHF/FBI)