IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:19-CR-58 TSL LRA

PORTER BINGHAM

MOTION TO UNSEAL

The United States of America moves that the Motion to Seal the Indictment, the Order sealing the Indictment, and the Indictment herein be unsealed, and represents the following:

The public disclosure of this indictment will no longer jeopardize law enforcement agents nor will it greatly impede the apprehension of the Defendant.

WHEREFORE, the United States requests that the Court UNSEAL the Motion to Seal the Indictment, the Order sealing the Indictment, and the Indictment.

Respectfully submitted,

D. MICHAEL HURST, JR.
United States Attorney

By:   /s/  Dave Fulcher
DAVID H. FULCHER
Assistant United States Attorney
MS Bar No.: 10179

CONSIDERING THE FOREGOING, IT IS HEREBY ORDERED that the Motion to Seal the Indictment, the Order sealing the Indictment, and the Indictment herein be unsealed.
SO ORDERED, this the 22nd day of March, 2019.

s/Linda R. Anderson
Honorable Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE