CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: <u>1:19−mj−00231−CCB</u>−1

Case title: USA v. Bingham  
Other court case number: 3:19−cr−58−TSL−LRA−1 USDC, SDMS

Date Filed: 03/22/2019  
Date Terminated: 03/22/2019

Assigned to: Magistrate Judge Christopher C. Bly

**Defendant (1)**

**Porter Bingham**  
*TERMINATED: 03/22/2019*

represented by **Porter Bingham**  
260 Flowing Spr. Trail  
Roswell, GA 30075  
PRO SE

**Thomas L. Hawker**  
Federal Defender Program Inc.−Atl  
Suite 1500, Centennial Tower  
101 Marietta Street, NW  
Atlanta, GA 30303  
404−688−7530  
Fax: 404−688−0768  
Email: tom_hawker@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**                                                **Disposition**

18:1343, 1344 and 1957

---

**Plaintiff**

**USA**                                  represented by   **Brian M. Pearce**
                                                          Office of the United States
                                                          Attorney−ATL600
                                                          Northern District of Georgia
                                                          600 United States Courthouse
                                                          75 Ted Turner Dr., S.W.
                                                          Atlanta, GA 30303
                                                          404−581−6081
                                                          Email: brian.pearce@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/22/2019 |   | 3  | Arrest (Rule 40) of Porter Bingham. (ddm) (Entered: 03/25/2019) |
| 03/22/2019 | 1 | 4  | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Thomas L. Hawker for Porter Bingham. Signed by Magistrate Judge Christopher C. Bly on 3/22/19. (ddm) (Entered: 03/25/2019) |
| 03/22/2019 | 2 | 5  | Minute Entry for proceedings held before Magistrate Judge Christopher C. Bly: Initial Appearance in Rule 5(c)(3) Proceedings as to Porter Bingham held on 3/22/2019. Bond Hearing hearing held and Non−Surety Bond set at $15,000. Bond filed and defendant released. (Tape #FTR) (ddm) (Entered: 03/25/2019) |
| 03/22/2019 | 3 | 7  | WAIVER of Rule 5 & 5.1 Hearings by Porter Bingham. (ddm) (Entered: 03/25/2019) |
| 03/22/2019 | 4 | 8  | CJA 23 Financial Affidavit by Porter Bingham. (ddm) (Entered: 03/25/2019) |
| 03/22/2019 | 5 | 9  | Non−Surety Bond Entered as to Porter Bingham in amount of $ 15,000. (ddm) (Entered: 03/25/2019) |
| 03/22/2019 | 6 | 11 | ORDER Setting Conditions of Release as to Porter Bingham. Signed by Magistrate Judge Christopher C. Bly on 3/22/19. (ddm) (Entered: 03/25/2019) |
| 03/22/2019 |   | 14 | Magistrate Case Closed. Defendant Porter Bingham terminated. (ddm) (Entered: 03/25/2019) |

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Brian M. Pearce (brian.pearce@usdoj.gov, caseview.ecf@usdoj.gov,
gaylene.berberick@usdoj.gov, usagan.motionsresponses@usdoj.gov), Magistrate Judge
Christopher C. Bly (ganddb_efile_ccb@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:9921158@gand.uscourts.gov
Subject:Activity in Case 1:19-mj-00231-CCB USA v. Bingham Arrest - Rule 40
Content-Type: text/html
```

# U.S. District Court

# Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 3/25/2019 at 3:40 PM EDT and filed on 3/22/2019

| | |
|---|---|
| **Case Name:** | USA v. Bingham |
| **Case Number:** | 1:19−mj−00231−CCB |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 40) of Porter Bingham. (ddm)**

**1:19−mj−00231−CCB−1 Notice has been electronically mailed to:**

Brian M. Pearce &nbsp &nbsp brian.pearce@usdoj.gov, CaseView.ECF@usdoj.gov, GAYLENE.BERBERICK@USDOJ.GOV, USAGAN.MotionsResponses@usdoj.gov

**1:19−mj−00231−CCB−1 Notice has been delivered by other means to:**

Porter Bingham
260 Flowing Spr. Trail
Roswell, GA 30075

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 2 2 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CASE NO. 1:19-MJ-231

PORTER BINGHAM,

Defendant.

## ORDER APPOINTING COUNSEL

THOMAS HAWKER

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 22nd day of March, 2019.

_____
**CHRISTOPHER C. BLY**
**UNITED STATES MAGISTRATE JUDGE**

4

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**   FILED IN OPEN COURT

DATE: 3/22/19 @ 11:45
TAPE: FTR
TIME IN COURT: 20 minutes

MAGISTRATE JUDGE   CHRISTOPHER C. BLY         COURTROOM DEPUTY CLERK:   JAMES JARVIS
CASE NUMBER:   1:19-mj-231                    DEFENDANT'S NAME:   Porter Bingham
AUSA:   Brian Pearce                          DEFENDANT'S ATTY:   Thomas Hawker
USPO / PTR: _____                            ( ) Retained   ( ) CJA   (✓) FDP   ( ) Waived

X   ARREST DATE   3/22/19
X   Initial appearance hearing held.            ✓   Defendant informed of rights.
___ Interpreter sworn: _____

## COUNSEL

✓ ORDER appointing Federal Defender as counsel for defendant.
___ ORDER appointing _____ as counsel for defendant.
___ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

✓ Defendant WAIVES identity hearing.                                 ✓ WAIVER FILED
___ Identity hearing HELD.   ___ Def is named def. in indictment/complaint; held for removal to other district.
___ Defendant WAIVES preliminary hearing in this district only.      ___ WAIVER FILED
___ Preliminary hearing HELD.   ___ Probable cause found; def. held to District Court for removal to other district
___ Commitment issued. Detention hearing to be held in charging district

## BOND/PRETRIAL DETENTION HEARING

___ Government motion for detention filed .        _____ @ _____
___ Pretrial hearing set for _____ @ _____    ( )   In charging district.)
✓ Bond/Pretrial detention hearing held.
___ Government motion for detention  ( ) GRANTED   ( ) DENIED
___ Pretrial detention ordered.   ___ Written order to follow.
✓ BOND set at  $15,000     ✓ NON-SURETY     ___ SURETY
             ___ cash          ___ property          ___ corporate surety ONLY
✓ SPECIAL CONDITIONS:   passport to be surrendered by March 25th
   no firearms or ammunition in Defendant's house.
✓ Defendant released.
___ Bond not executed.  Defendant to remain in Marshal's custody.
___ Motion ( ___ verbal)  to reduce/revoke bond filed.
___ Motion to reduce/revoke bond     ___ GRANTED     ___ DENIED
___ See page 2

5

Case 3:19-cr-00058-TSL-LGI Document 9 Filed 03/25/19 Page 6 of 14
Case 1:19-mj-00231-CCB Document 2 Filed 03/22/19 Page 2 of 2

Page 2                    Defendant: _____    Case No.: _____
                                      _____

**WITNESSES:**

_____
_____
_____
_____
_____
_____
_____
_____

**EXHIBITS:**

_____
_____
_____
_____
_____
_____
_____
_____

Original Exhibits    _____ RETAINED by the Court    _____ RETURNED to counsel

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __GEORGIA__

UNITED STATES OF AMERICA

V.

__PORTER BINGHAM__

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:19-MJ-231

CHARGING DISTRICTS CASE NUMBER: 3:19-CR-58-TSL-LRA-1

I understand that charges are pending in the __Southern__ District of __Mississippi__ alleging violation of __18: U.S.C. Sections 1343, 1344, and 1957__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

X _[signature]_
Defendant

3/22/19
Date

_[signature]_ Thomas Hawker
Defense Counsel

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 2 2 2019

JAMES N. HATTEN, Clerk
By: _[signature]_ Deputy Clerk

7

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)
IN THE CASE OF

U.S. v. Porter Bingham

FOR FILED IN OPEN COURT
AT U.S.D.C. - Atlanta

MAR 22 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

LOCATION NUMBER

**PERSON REPRESENTED** (Show your full name)
Porter Bingham

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →)
wire fraud
Bank fraud

☒ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☒ Self-Employed
Name and address of employer: Comprehensive Health
IF YES, how much do you earn per month? $ 3500-4000
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____

If married, is your spouse employed? ☒ Yes ☐ No
IF YES, how much does your spouse earn per month? $ 3,000-3500
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, give the amount received and identify the sources $ — / — ∅

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, total amount? $ 1,000

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, give value and description for each
$ 500/600K / 290K debt  260 Flowing Spring Trail, Roswell (wife)
$ 15,000 / 10,000 debt   2016 Mini Cooper

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☐ Single
☒ Married
☐ Widowed
☐ Separated or Divorced
Total No. of Dependents

List persons you actually support and your relationship to them
Brianna Bingham (26)
Jada Bingham (19)

**DEBTS & MONTHLY BILLS**
(Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Student loans (daughters) | $ 20,000 | $ — |
| Medical bills | $ 40,000 | $ — |
| mortgage | $ | $ 2,100 |
| Utilities | $ | $ 500 |
| Cell phone | | 300 |
| food | | 300 |
| insurance | | 800 |
| College expenses (daughters) | | 400 |
| Bankruptcy pymt | | 2600 |
| Title loan | | 1000 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)   Date 3-22-19

3/22/19  $8,000

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| PORTER BINGHAM | ) Case No. | 1:19-MJ-231 |
| *Defendant* | ) | |

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 2 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## APPEARANCE BOND

### Defendant's Agreement

I, PORTER BINGHAM *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )    to appear for court proceedings;
    ( X )    if convicted, to surrender to serve a sentence that the court may impose; or
    ( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(  ) (1)   This is a personal recognizance bond.

( X ) (2)   This is an unsecured bond of $     $15,000  .

(  ) (3)   This is a secured bond of $             , secured by:

    (  ) (a) $ _____ , in cash deposited with the court.

    (  ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

           If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (  ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

9

Case 3:19-cr-00058-TSL-LGI Document 9 Filed 03/25/19 Page 10 of 14
Case 1:19-mj-00232-CCB Document 5 Filed 03/22/19 Page 2 of 2

AO 98 (Rev. 12/11) Appearance Bond                                                                    Page 2

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond. I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 3/22/2019

*Defendant's signature* [signed]

*(1) Surety/property owner – printed name*

*(1) Surety/property owner's address*

*(1) Surety/property owner – signature and date*

*(1) Surety/property owner's city/state/zip*

*(2) Surety/property owner – printed name*

*(2) Surety/property owner's address*

*(2) Surety/property owner – signature and date*

*(2) Surety/property owner's city/state/zip*

*(3) Surety/property owner – printed name*

*(3) Surety/property owner's address*

*(3) Surety/property owner – signature and date*

*(3) Surety/property owner's city/state/zip*

*CLERK OF COURT*

*Date:*

*Signature of Clerk or Deputy Clerk* [signed]

**APPROVED**

*Date: 3/22/19*

*Signature, United States Magistrate Judge*

10

AO 199A (Rev. 12/11) Order Setting Conditions of Release                         Page 1 of    3    Pages

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | |
| ) | Case No.: 1:19-MJ-231 |
| **PORTER BINGHAM** ) | |
| *Defendant* ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at:  the Thad Cochran United States Courthouse
                                                         *Place*

   501 East Court Street, 6th Floor, Jackson, Mississippi 39201

   on                                     Monday, April 1, 2019 at 1:00 pm
                                                    *Date and Time*

   *If blank, defendant will be notified of next appearance.*

(5) The defendant must sign an Appearance Bond, if ordered.

Case 3:19-cr-00058-TSL-LGI Document 9 Filed 03/25/19 Page 12 of 14
Case 1:19-mj-00231-CCB Document 8 Filed 03/22/19 Page 2 of 3

AO 199B (Rev. 12/11) Additional Conditions of Release

Page 2 of 3 Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization
Address (only if above is an organization)
City and state                                                                                      Tel. No.
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed:
                                                          Custodian                                 Date

( X ) (7) The defendant must:
   ( X ) (a) submit to supervision by and report for supervision to the ( ) U.S. Pretrial Services (XX) U.S. Probation Office telephone number 404-215-1950 , ( ) No later than ( ) Before leaving courthouse. or
   ( ) (b) continue or actively seek employment.
   ( ) (c) continue or start an education program.
   ( X ) (d) surrender any passport to: your supervising officer by 3/25/19 and do not obtain nor possess a passport or other international travel document, not obtain or possess a passport or other international travel document in your name, another name or on behalf of a third party, including minor children.
   ( ) (e) abide by the following restrictions on personal association, residence, or travel:
   ( ) (f) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:
   ( ) (g) get medical or psychiatric treatment: ( ) as directed by your supervising officers ( )
   ( ) (h) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   ( X ) (i) not possess a firearm, destructive device, other weapon, or ammunition, in your home, vehicle or place of employment, or upon your person.
   ( X ) (j) not use alcohol ( ) at all ( X ) excessively.
   ( X ) (k) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless lawfully prescribed by a medical licensed medical practitioner.
   ( ) (l) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   ( ) (m) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
   ( ) (n) participate in one of the following location restriction programs and comply with its requirements as directed.
      ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from       to       , or ( ) as directed by the pretrial services office or supervising officer; or
      ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
      ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
   ( ) (o) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
      ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
   ( X ) (p) report within 72 hours to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
   ( X ) (p) restrict travel to the Northern District of Georgia unless the supervising officer has approved travel in advance.
   ( X ) (r) restrict travel to the Southern District of Mississippi
   ( ) (s)
   ( ) (t)

12

AO 199C (Rev.12/03) Advice of Penalties . . .  Page  3  of  3  Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

While on release, if you commit a federal felony offense, the punishment is an additional prison term of not more than ten years; if you commit a federal misdemeanor offense, the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) any other sentence you receive.

It is a crime punishable by up to ten years of imprisonment and a $250,000 fine or both to: obstruct a criminal investigation; tamper with a witness, victim or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_MA_
Signature of Defendant

260 Flowing Spr. Trail
Address     7703291227

Roswell, GA.   30075
City and State          Telephone

## Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  03/22/2019

Signature of Judicial Officer

CHRISTOPHER C. BLY, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

13

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Thomas L. Hawker (ganat_ecf@fd.org, nyeshia_mercier@fd.org,
tom_hawker@fd.org), Brian M. Pearce (brian.pearce@usdoj.gov, caseview.ecf@usdoj.gov,
gaylene.berberick@usdoj.gov, usagan.motionsresponses@usdoj.gov), Magistrate Judge
Christopher C. Bly (ganddb_efile_ccb@gand.uscourts.gov)
--Non Case Participants: File Clerks (ganddb_file_clerks@gand.uscourts.gov)
--No Notice Sent:

Message-Id:9921234@gand.uscourts.gov
Subject:Activity in Case 1:19-mj-00231-CCB USA v. Bingham Termination of Magistrate Case
Content-Type: text/html
```

# U.S. District Court

## Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 3/25/2019 at 3:48 PM EDT and filed on 3/22/2019

| | |
|---|---|
| **Case Name:** | USA v. Bingham |
| **Case Number:** | 1:19–mj–00231–CCB |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Magistrate Case Closed. Defendant Porter Bingham terminated. (ddm)**

**1:19–mj–00231–CCB–1 Notice has been electronically mailed to:**

Brian M. Pearce &nbsp &nbsp brian.pearce@usdoj.gov, CaseView.ECF@usdoj.gov, GAYLENE.BERBERICK@USDOJ.GOV, USAGAN.MotionsResponses@usdoj.gov

Thomas L. Hawker &nbsp &nbsp tom_hawker@fd.org, ganat_ecf@fd.org, nyeshia_mercier@fd.org

**1:19–mj–00231–CCB–1 Notice has been delivered by other means to:**

Porter Bingham
260 Flowing Spr. Trail
Roswell, GA 30075