IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                                  CRIMINAL NO. 3:19CR58TSL-LRA

PORTER BINGHAM

**UNOPPOSED MOTION FOR CONTINUANCE**

COMES NOW the Defendant, Porter Bingham, and respectfully moves this court to continue the trial scheduled for September 3, 2019, for the following reasons and in so doing waives his right to a Speedy Trial under 18 U.S.C. § 3161:

1.

The Defendant, Porter Bingham, is charged with wire and bank fraud and money laundering in violation of 18 U.S.C. §§ 1343, 1344, and 1957.

2.

The Defendant, Porter Bingham, requests that the trial date scheduled for September 3, 2019, be continued on grounds that have been or will be provided to the Court.

3.

The Assistant United States Attorney, David H. Fulcher, Esq., has been contacted and has no objection to this motion.

WHEREFORE PREMISES CONSIDERED, the Defendant respectfully requests that his MOTION FOR CONTINUANCE be granted and this matter reset for trial at a later date, that all deadlines be reset, and any other relief the Court deems just and proper.

Respectfully submitted, this the 1st day of August, 2019.

>Respectfully submitted,
>
>**PORTER BINGHAM,**
>**DEFENDANT**
>
>By: /s/ Philip C. Hearn
>    PHILIP C. HEARN,
>    ATTORNEY FOR PORTER BINGHAM

OF COUNSEL:
Philip C. Hearn, Esq. (MSB #9366)
HEARN LAW FIRM, P.A.
Post Office Box 5009
Jackson, Mississippi 39296-5009
Telephone:  601.720.3541
Facsimile:  601.969.2161
Email:  philiphearn@yahoo.com

## CERTIFICATE OF SERVICE

I, Philip C. Hearn, attorney for the Defendant, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

SO CERTIFIED, this the 1st day of August, 2019.

>/s/ Philip C. Hearn
>PHILIP C. HEARN. ESQ.